# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTINO GOMEZ,<br><br>          Petitioner,<br><br>   v.<br><br>R. GROUNDS, Warden,<br><br>          Respondent. | Case No. ED CV 10-1798 DDP (JCG)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been filed.  The Court approves and adopts the Magistrate Judge's Report and Recommendation.

     Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right.  *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).  Thus, the Court declines to issue a certificate of appealability.

     Accordingly, IT IS ORDERED THAT:

     1.    Judgment shall be entered dismissing the action with prejudice.

     2.     The Clerk shall serve copies of this Order and the Judgment herein on the parties.

     3.     A Certificate of Appealability is denied.

DATED: _May 30, 2012__

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

2