# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTINO GOMEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>R. GROUNDS, Warden,<br><br>　　　　　　Respondent. | Case No. ED CV 10-1798 DDP (JCG)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: _May 30, 2012__

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE